# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
 §
Michael D Schwartz  § Case No. 13-44047
Aseneta Schwartz  §
 §
 §
Debtors  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/12/2013 . The undersigned trustee was appointed on 11/12/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $      58,296.20

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,164.81 |
| Bank service fees | 487.54 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 51,643.85* |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of       $ | 0.00 |

---

*There was a dispute between Debtor and its principal creditor as to a right to receive $51,643.85 being held by the Trustee after the case was dismissed pursuant to 11 U.S.C. 707(a). Since the bankruptcy court had no jurisdiction to adjudicate the issue, the Trustee deposited the funds with the Clerk of the Circuit Court in that case entitled, *Steven R. Radtke, Trustee of the Estate of Michael D. Schwartz and Aseneta Schwartz vs. Michael D. Schwartz, et al.*, 15 CH 05556, pursuant to order of the state court dated December 10, 2015.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/23/2014 and the deadline for filing governmental claims was 05/23/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**. There are no funds available to make any distribution on any claims.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 6,164.81 as final compensation and now requests a sum of $ 0.00, for a total compensation of $6,164.81. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2016            By:/s/STEVEN R. RADTKE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-44047 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Michael D Schwartz | | | | Date Filed (f) or Converted (c): | 11/12/2013 (f) |
| | Aseneta Schwartz | | | | 341(a) Meeting Date: | 01/06/2014 |
| For Period Ending: | 02/05/2016 | | | | Claims Bar Date: | 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 111 S. Morgan St., #307, Chicago, Il 60607 Value Based On Zi | 317,437.00 | 0.00 | OA | 0.00 | FA |
| 2. JP Morgan Chase Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 4. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 5. JP Morgan Chase Money Market Account Zero Balance | 0.00 | 0.00 | | 0.00 | FA |
| 6. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9. Clothing and Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12. Term Life Insurance Policy through Employer No Cash Surrende | 0.00 | 0.00 | | 0.00 | FA |
| 13. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 14. 100% owner of Morgan Holdings, LLC Business Checking account | 400.00 | 0.00 | | 0.00 | FA |
| 15. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 16. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 17. No tax refund anticipated, owed $26,126 in 2012. Debtor has | 0.00 | 0.00 | | 0.00 | FA |
| 18. Potential Sec Whistleblower Complaint Against Former Employe | 0.00 | 0.00 | | 0.00 | FA |
| 19. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 20. 2008 Range Rover Spirit Hse Value Based On Kelly Blue Book | 14,500.00 | 0.00 | | 0.00 | FA |
| 21. Michael D. Schwartz Revocable Trust Trust Owns 50% Of A Parc | 12,500.00 | 12,500.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-44047 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Michael D Schwartz | | | | Date Filed (f) or Converted (c): | 11/12/2013 (f) |
| | Aseneta Schwartz | | | | 341(a) Meeting Date: | 01/06/2014 |
| For Period Ending: | 02/05/2016 | | | | Claims Bar Date: | 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 23. Work bonus. Estimated amount that client has bene informed o (u) | 65,000.00 | 65,000.00 | | 58,296.20 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $409,437.00   $77,500.00   $58,296.20   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/1/16 Prepared TFR per UST

1/12/16 Email UST re proper procedure to close this case

12/10/15 Order entered authorizing deposit of funds with the Clerk of the Circuit Court to hold subject to further order of Court; Trustees' fees were paid pursuant to order of Court entered 2/11/15

10/23/15  The Seventh Circuit Court of Appeals affirmed the bankruptcy court's dismissal and the mandate was returned on or about October 7, 2015. A dispute has arisen as to whether the Trustee is required to disburse funds to the Debtors or their principal creditor. A status hearing is set before the bankruptcy court on December 3, 2015.

Order dismissing the case has been stayed by the 7th Circuit Court of Appeals pending resolution of Debtor's appeal. Trustee is holding $57,808.66 subject to further order of court.

Trustee examined Debtor and discovered that he received a work bonus that was not scheduled; debtor amended schedules to reflect same; Trustee collected the bonus in the sum of $58,296.20;  Debtor's principal creditor has moved to dismiss the case under 707(a) and (b).  Trustee's discussions re sale of estate's right, title and interest in certain scheduled property in Michigan are on hold pending resolution of motion to dismiss.

Initial Projected Date of Final Report (TFR): 01/31/2016     Current Projected Date of Final Report (TFR): 02/29/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-44047 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Michael D Schwartz | Bank Name: | Associated Bank |
| | Aseneta Schwartz | Account Number/CD#: | XXXXXX5521 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0822 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/14 | 23 | Michael D. Schwartz | Work Bonus | 1229-000 | $58,296.20 | | $58,296.20 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.49 | $58,234.71 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.78 | $58,150.93 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.45 | $58,064.48 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.54 | $57,980.94 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.21 | $57,894.73 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.07 | $57,808.66 |
| 12/10/15 | 1001 | Clerk of the Circuit Court Richard J. Daley Center 50 West Washington Street Chicago, IL 60602 | Deposit of Funds pursuant to order of Court dated 12/10/15, Case No. 15CH05556 | 8500-002 | | $51,643.85 | $6,164.81 |
| 12/10/15 | 1002 | Steven R. Radtke Chill, Chill & Radtke, P.C. 79 West Monroe Street Suite 1305 Chicago, IL 60603 | Final Compensation to Trustee pursuant to order of Court dated 2/11/15 | 2100-000 | | $6,164.81 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $58,296.20 | $58,296.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $58,296.20 | $58,296.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $58,296.20 | $58,296.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:    $58,296.20    $58,296.20

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5521 - Checking | $58,296.20 | $58,296.20 | $0.00 |
| | $58,296.20 | $58,296.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $58,296.20 |
| Total Gross Receipts: | $58,296.20 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-44047  
Debtor Name: Michael D Schwartz  
Claims Bar Date: 5/23/2014  

Date: February 5, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8500 | Clerk of the Circuit Court<br>Richard J. Daley Center<br>50 West Washington Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $51,643.85 | $51,643.85 |
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $6,164.81 | $6,164.81 |
| 1 300 7100 | Tressler Llp<br>C/O John Collen<br>233 S. Wacker Dr., Suite 2200<br>Chicago, Il 60606 | Unsecured | | $0.00 | $27,460.93 | $27,460.93 |
| 2 300 7100 | American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Unsecured | | $0.00 | $6,417.93 | $6,417.93 |
| 3 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $13,650.12 | $13,650.12 |
| 4 300 7100 | Barclays Capital Inc.<br>C/O Patrick G. King, Esq.<br>Ulmer & Berne Llp<br>500 W. Madison Street, Suite 3600<br>Chicago, Illinois 60661-4587 | Unsecured | | $0.00 | $568,568.00 | $568,568.00 |
| | Case Totals | | | $0.00 | $673,905.64 | $673,905.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-44047
Case Name: Michael D Schwartz
  Aseneta Schwartz
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 0.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Final Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 6,164.81 | $ 6,164.81 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 0.00

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 616,096.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tressler Llp | $ 27,460.93 | $ | $ 0.00 |
| 2 | American Education Services | $ 6,417.93 | $ | $ 0.00 |
| 3 | American Express Centurion Bank | $ 13,650.12 | $ | $ 0.00 |
| 4 | Barclays Capital Inc. | $ 568,568.00 | $ | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

On February 11, 2015 after taking into account bank charges, the Trustee was holding the sum of $57,808.66. On that date, the bankruptcy court entered a final order dismissing debtors' bankruptcy case pursuant to 11 U.S.C. 707(a). The court entered a separate order allowing Trustee compensation in the amount fo $6,164.81. The court ordered that the remaining balance of $51,643.85 was to be turned over the the Debtors.

Debtors' principal creditor, Barclays Capital, Inc., served a notice of attorney's lien under Illinios law on the Trustee before distribution of the $51,643.84 was made to the Debtors. Since the bankruptcy case had been dismissed, the bankruptcy court had no jurisdiction to adjudicate the attorney's lien claim.

Therefore, the Trustee prepared a complaint in interpleader and filed it in the Circuit Court of Cook County, Illinois in that case entitled, *Steven R. Radtke, Trustee of the Estate of Michael D. Schwartz and Aseneta Schwartz vs. Michael D. Schwartz, et al.,* 15 CH 05556. He asserted that two different parties were making a claim for the $51,643.85 that the Trustee was holding, thereby exposing the Trustee to multiple liability. On December 10, 2015, the state court entered an order authorizing the Trustee to deposit the $51,643.85 with the Clerk of the Circuit Court so that the state court could adjudicate the attorney's lien claim and determine who was entitled to the funds. The Trustee deposited the funds with the Clerk of the Circuit Court on December 10, 2015. The Trustee has been dismissed from the state court proceeding.