# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
                                    §
Michael D Schwartz                  §      Case No. 13-44047
Aseneta Schwartz                    §
                                    §
                                    §
         Debtors                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 341,837.00                    Assets Exempt: 8,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00          Claims Discharged
                                                Without Payment: 1,579,534.98

Total Expenses of Administration: 6,652.35

---

3) Total gross receipts of $ 58,296.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 51,643.85  (see **Exhibit 2**), yielded net receipts of $ 6,652.35  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 338,682.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,817.16 | 12,817.16 | 6,652.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 624,756.00 | 616,096.98 | 616,096.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 963,438.00 | $ 628,914.14 | $ 628,914.14 | $ 6,652.35 |

  4)  This case was originally filed under chapter 7 on  11/12/2013 .  The case was pending for 30 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  04/27/2016          By:/s/STEVEN R. RADTKE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Work bonus. Estimated amount that client has bene informed o | 1229-000 | 58,296.20 |
| **TOTAL GROSS RECEIPTS** | | **$ 58,296.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Circuit Court | Non-Estate Funds Paid to Third Parties | 8500-002 | 51,643.85 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 51,643.85** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | 20,628.00 | NA | NA | 0.00 |
| | Pnc Bank, N.a. Po Box 3180 Pittsburgh, PA 15230 | | 80,789.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | 237,265.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 338,682.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 12,329.62 | 12,329.62 | 6,164.81 |
| Associated Bank | 2600-000 | NA | 487.54 | 487.54 | 487.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 12,817.16** | **$ 12,817.16** | **$ 6,652.35** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 9,535.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 9,535.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 2,705.00 | NA | NA | 0.00 |
| | Barclays Capital, Inc. Ulmer & Berne, LLP 500 W. Madison St., Suite 3600 Chicago, IL 60661-4587 | | 568,568.00 | NA | NA | 0.00 |
| | Brazos Higher Education Brazos Higher Education Po Box 1308, Attn: Bankruptcy Waco, TX 76703 | | 3,922.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brazos Higher Education Brazos Higher Education Po Box 1308, Attn: Bankruptcy Waco, TX 76703 | | 2,491.00 | NA | NA | 0.00 |
| | Tressler LLP 233 S. Wacker Drive 22nd Floor Chicago, IL 60606 | | 28,000.00 | NA | NA | 0.00 |
| 2 | American Education Services | 7100-000 | NA | 6,417.93 | 6,417.93 | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 13,650.12 | 13,650.12 | 0.00 |
| 4 | Barclays Capital Inc. | 7100-000 | NA | 568,568.00 | 568,568.00 | 0.00 |
| 1 | Tressler Llp | 7100-000 | NA | 27,460.93 | 27,460.93 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 624,756.00 | $ 616,096.98 | $ 616,096.98 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-44047 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Michael D Schwartz | | | | Date Filed (f) or Converted (c): | 11/12/2013 (f) |
| | Aseneta Schwartz | | | | 341(a) Meeting Date: | 01/06/2014 |
| For Period Ending: | 04/27/2016 | | | | Claims Bar Date: | 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 111 S. Morgan St., #307, Chicago, Il 60607 Value Based On Zi | 317,437.00 | 0.00 | OA | 0.00 | FA |
| 2. JP Morgan Chase Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 4. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 5. JP Morgan Chase Money Market Account Zero Balance | 0.00 | 0.00 | | 0.00 | FA |
| 6. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9. Clothing and Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12. Term Life Insurance Policy through Employer No Cash Surrende | 0.00 | 0.00 | | 0.00 | FA |
| 13. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 14. 100% owner of Morgan Holdings, LLC Business Checking account | 400.00 | 0.00 | | 0.00 | FA |
| 15. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 16. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 17. No tax refund anticipated, owed $26,126 in 2012. Debtor has | 0.00 | 0.00 | | 0.00 | FA |
| 18. Potential Sec Whistleblower Complaint Against Former Employe | 0.00 | 0.00 | | 0.00 | FA |
| 19. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 20. 2008 Range Rover Spirit Hse Value Based On Kelly Blue Book | 14,500.00 | 0.00 | | 0.00 | FA |
| 21. Michael D. Schwartz Revocable Trust Trust Owns 50% Of A Parc | 12,500.00 | 12,500.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-44047 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Michael D Schwartz | | | | Date Filed (f) or Converted (c): | 11/12/2013 (f) |
| | Aseneta Schwartz | | | | 341(a) Meeting Date: | 01/06/2014 |
| For Period Ending: | 04/27/2016 | | | | Claims Bar Date: | 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 23. Work bonus. Estimated amount that client has bene informed o (u) | 65,000.00 | 65,000.00 | | 58,296.20 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $409,437.00   $77,500.00   $58,296.20   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/15/16 Hearing on TFR set for 4/26/16

2/2016 Prepared TFR per UST; sent for review on 2/11/16

1/12/16 Email UST re proper procedure to close this case

12/10/15 Order entered authorizing deposit of funds with the Clerk of the Circuit Court to hold subject to further order of Court; Trustees' fees were paid pursuant to order of Court entered 2/11/15

10/23/15  The Seventh Circuit Court of Appeals affirmed the bankruptcy court's dismissal and the mandate was returned on or about October 7, 2015. A dispute has arisen as to whether the Trustee is required to disburse funds to the Debtors or their principal creditor. A status hearing is set before the bankruptcy court on December 3, 2015.

Order dismissing the case has been stayed by the 7th Circuit Court of Appeals pending resolution of Debtor's appeal. Trustee is holding $57,808.66 subject to further order of court.

Trustee examined Debtor and discovered that he received a work bonus that was not scheduled; debtor amended schedules to reflect same; Trustee collected the bonus in the sum of $58,296.20;  Debtor's principal creditor has moved to dismiss the case under 707(a) and (b).  Trustee's discussions re sale of estate's right, title and interest in certain scheduled property in Michigan are on hold pending resolution of motion to dismiss.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-44047 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Michael D Schwartz | Bank Name: | Associated Bank |
| | Aseneta Schwartz | Account Number/CD#: | XXXXXX5521 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0822 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/14 | 23 | Michael D. Schwartz | Work Bonus | 1229-000 | $58,296.20 | | $58,296.20 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.49 | $58,234.71 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.78 | $58,150.93 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.45 | $58,064.48 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.54 | $57,980.94 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.21 | $57,894.73 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.07 | $57,808.66 |
| 12/10/15 | 1001 | Clerk of the Circuit Court Richard J. Daley Center 50 West Washington Street Chicago, IL 60602 | Deposit of Funds pursuant to order of Court dated 12/10/15, Case No. 15CH05556 | 8500-002 | | $51,643.85 | $6,164.81 |
| 12/10/15 | 1002 | Steven R. Radtke Chill, Chill & Radtke, P.C. 79 West Monroe Street Suite 1305 Chicago, IL 60603 | Final Compensation to Trustee pursuant to order of Court dated 2/11/15 | 2100-000 | | $6,164.81 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $58,296.20 | $58,296.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $58,296.20 | $58,296.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $58,296.20 | $58,296.20 |
| Page Subtotals: | $58,296.20 | $58,296.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5521 - Checking | $58,296.20 | $58,296.20 | $0.00 |
| | $58,296.20 | $58,296.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $58,296.20 |
| Total Gross Receipts: | $58,296.20 |

Page Subtotals: $0.00 $0.00